**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANTONELLO BOLDRINI, | |
| Plaintiff, | CIVIL ACTION NO. 3:11-1401 |
| v. | (JUDGE CAPUTO) |
| JAMES R. BRUNO, M.D., *et al.*, | |
| Defendants. | |

## ORDER

**NOW**, this 19th day of February, 2013, **IT IS HEREBY ORDERED** that:

(1) Plaintiff Antonello Boldrini's Motion to Reinstate Action (Doc. 8) is **DENIED**.

(2) The Complaint is **DISMISSED with prejudice** for lack of subject matter jurisdiction.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                                           /s/ A. Richard Caputo
                                                           A. Richard Caputo
                                                           United States District Judge